# UNITED STATES DISTRICT COURT
для the

Western District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>OMBRAH LANE | )<br>)<br>)<br>) Case No: Crim. No. 07-82<br>) USM No: 09350-068<br>) |
| Date of Original Judgment: 12/17/2007<br>Date of Previous Amended Judgment: 05/10/2014<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) Pro Se / Michael Novara<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated _____ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 11, 2015

Judge's signature: Maurice B. Cohill, Jr.

Effective Date: _____
*(if different from order date)*

Maurice B. Cohill, Senior United States District Judge
Printed name and title